UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES JONES,

    Plaintiff,

v.

BANTRY GROUP CORP. d/b/a Wexford Health Sources, Inc., DR. JOHN COE, ELAINE HARDING and UNKNOWN PARTIES,

    Defendants.

Case No. 15-cv-1264-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Count 4, a claim under the Americans with Disabilities Act and the Rehabilitation Act for discrimination based on the failure to treat or delaying treatment of the plaintiff's hernia, is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that the remaining claims in this case are dismissed without prejudice.

**DATED:** October 14, 2016      JUSTINE FLANAGAN, Acting Clerk of Court

*s/Tina Gray,* **Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**